| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 18, 2019
David J. Bradley, Clerk

The United States of America, §
§
Plaintiff, §
§
versus §     Criminal H-19-488
§
Maribel Santana-Cerano (1), §
Araceli Santana (2), §
Carlos Joel Hernandez (3), §
Jonny Antonio Talavera (4), §
§
Defendants. §

## Order Continuing Trial

On Jonny Antonio Talavera's motion, this case is continued. The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendants to a speedier trial.

1. Motions will be filed by December 9, 2019.
2. Responses will be filed by December 19, 2019.
3. Pretrial conference is reset to January 13, 2020, at 2:30 p.m.
4. Proposed voir dire and jury instructions will be filed by January 14, 2020.
5. Jury selection and trial are reset to January 22, 2020, at 9:00 a.m.

Signed on September 17, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge