UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 18, 2019
David J. Bradley, Clerk

| | |
|---|---|
| The United States of America, § | |
|     Plaintiff, § | |
| *versus* § | Criminal H-19-488 |
| Maribel Santana-Cerano, § | |
|     Defendant. § | |

## Order on Appearance

The motion for Andre L. Ligon to appear pro hac vice is denied. (36)

Signed on October 18, 2019, at Houston, Texas.

*/s/ Lynn N. Hughes*
Lynn N. Hughes
United States District Judge