UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
October 24, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CRIMINAL NO: 19-CR-488-S1 |
| v. | § § § § § | |
| MARIBEL SANTANA-CERANO | § § § § § § § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a  SUPERSEDING INDICTMENT  has been filed against

the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on

Oct 30, 2019  at  10am  .  Upon appearance, a judicial determination shall be

made as to detention or release on conditions.  The United States Government recommends to

the Court the following conditions of release.

Defendant

MARIBEL SANTANA-CERANO                    ☐ Appearance Bond in the Amount of
                                                                          $

SIGNED at Houston, Texas, on          1 0 - 2 3 , 20  19 .

UNITED STATES MAGISTRATE JUDGE