UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:19–cr–00488

Maribel Santana–Cerano
Araceli Santana
Carlos Joel Hernandez
Jonny Antonio Talavera

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/30/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment
Superseding Indictment – #38

Date:   October 24, 2019

David J. Bradley, Clerk