# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20191018-140
```

Andre L Ligon
Disbarred District
1314 Texas Ave
Suite 525
Houston, TX 77002

United States Courts
Southern District of Texas
F I L E D

NOV 13 2019

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, October 18, 2019
Case Number: 4:19-cr-00488
Document Number: 37 (1 page)
Notice Number: 20191018-140
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES
$ 000.50°
ZIP 77002
02 1W
0001374615 OCT 21 2019

United States Courts
Southern District of Texas
FILED

NOV 13 2019

David J. Bradley, Clerk of Court

-R-T-S- 770024026-1N    11/07/19

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER