UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | CASE NO. 4:19-CR-00488 |
| | § | |
| **MARIBEL SANTANA-CERANO** | § | |

## ORDER

On_____, 2019, the Considered Defendant, MARIBEL SANTANA CERANO's *Unopposed Motion for Continuance*, and the Court hereby ORDERS that said *Motion* is hereby;

**GRANTED / DENIED**

SIGNED on _____,

_____,
JUDGE PRESIDING

1