UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 18, 2020
David J. Bradley, Clerk

The United States of America,         §
                                      §
        Plaintiff,                    §
                                      §
versus                                §         Criminal H-19-488
                                      §
Maribel Santana-Cerano (1),           §
Araceli Santana (2),                  §
Carlos Joel Hernandez (3),            §
Jonny Antonio Talavera (4),           §
                                      §
        Defendants.                   §

## Order Continuing Trial

This case is continued. The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendants to a speedier trial.

1. Motions will be filed by August 17, 2020.
2. Responses will be filed by August 27, 2020.
3. Pretrial conference is reset to September 21, 2020, at 2:30 p.m.
4. Proposed voir dire and jury instructions will be filed by September 22, 2020.
5. Jury selection and trial are reset to September 29, 2020, at 9:00 a.m.

Signed on June 18, 2020, at Houston, Texas.

_____
Lynn N. Hughes   USDJ
United States District Judge