UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 18, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CAUSE NO. 4:19-CR-00488 |
| MARIBEL SANTANA-CERANO | § § § | |

**ORDER**

On _____August 18_____, 2020, the Court considered Defendant, MARIBEL SANTANA-CERANO, *Motion to Amend Bond Conditions of Release*, and the Court hereby ORDERS that said *Motion* is ~~hereby~~:

**GRANTED** / DENIED

SIGNED on _____.


_____
JUDGE PRESIDING

August 18, 2020

1