UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | CASE NO. H-19-488-S1-01 |
| MARIBEL SANTANA-CERANO | § | |

## ORDER

On_____, 2020, the COURT having Considered Defendant, MARIBEL SANTANA CERANO's *Notice of Intent to Plea Guilty,* and the Court hereby ORDERS that said *Notice of Intent to Plea Guilty* is hereby;

**GRANTED / DENIED**

SIGNED on _____,

_____,
JUDGE PRESIDING

1