# Certificate for Court

**Wilberto G. Cortes, M.D.**
**2425 West Loop South Suite 851**
**Houston, TX 77304**
**Ph: (936)760-2696**

Patient name: Maribel Cerano
Date of birth: 11/26/1976

To whom it may concern:

Ms. Cerano underwent a surgical procedure on January 12th, 2021 and she will require some time off from any activity that requires her to sit or drive. She will be placed on medications that will not allow her to drive or work. Please excuse Ms. Cerano from court on January 25th, 2021 due to her inability to sit due to her procedure. Should you have any questions or concerns please contact my office. Thank you.

Sincerely yours,

*[signature]*

Wilberto Cortes, M.D.

**EXH A**