United States District Court
Southern District of Texas
**ENTERED**
February 04, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

The United States of America, §
§
Plaintiff, §
§
versus § Criminal H-19-488-1
§
Maribel Santana-Cerano, §
§
Defendant. §

## Order Resetting Rearraignment

On Maribel Santana-Cerano's motion, her rearraignment is reset to March 29, 2021, at 1:30 p.m. (82)

Signed on February 4, 2021, at Houston, Texas.

Lynn N. Hughes  USDJ
United States District Judge