# SENTENCE DATA SHEET

| | |
|---|---|
| **CRIMINAL NO.:** | H-19-488-S1-01 |
| **DEFENDANT:** | **MARIBLE SANTANA-CERANO** |
| **DEFENDANT'S IMMIGRATION STATUS:** | U.S. Citizen |
| **GUILTY PLEA:** | Count 3 |

**SUBSTANCE OF PLEA AGREEMENT:**

The Defendant agrees to:

a) plead guilty to Count Three of the Indictment;

b) waive right to appeal and collaterally attack this conviction.

The Government agrees to:

(a) Dismiss any remaining counts at sentencing;

(b) At the time of sentencing, the United States agrees not to oppose Defendant's anticipated request to the Court and the United States Probation Office that he/she receive a two (2) level downward adjustment pursuant to section 3E1.1(a) of the United States Sentencing Guidelines, should Defendant accept responsibility as contemplated by the Sentencing Guidelines; and

(c) If Defendant qualifies for an adjustment under section 3E1.1(a) of the United States Sentencing Guidelines, the United States agrees not to oppose Defendant's request for an additional one-level departure based on the timeliness of the plea or the expeditious manner in which Defendant provided complete

information regarding his/her role in the offense (if Defendant's offense level is 16 or greater).

**COUNT ONE:**  **False Statement in Connection with the Purchase of a Firearm**
18 U.S.C. §922(a)(6) and 924(a)(2).

**ELEMENTS:**

a) That the defendant made a false written statement;

b) That the defendant knew the statement was false;

c) That the statement was made in connection with the acquisition of a firearm from a licensed firearms dealer;

d) That the statement was intended or was likely to deceive a licensed firearms dealer; and

e) That the alleged false statement was material to the lawfulness of the sale or disposition of the firearm.

**Title 18 U.S.C. § 921(a)(3) - Firearm defined** – (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device. Such term does not include an antique firearm.

**PENALTY:**    Imprisonment for up to 10 years and a fine of up to $250,000.

**SUPERVISED**

| | |
|---|---|
| **RELEASE:** | Not more than 3 years. |
| **ALTERNATIVE FINE BASED ON GAIN OR LOSS:** | Not Applicable |
| **SENTENCING GUIDELINES:** | Applicable |
| **FORFEITURE:** | Applicable |
| **SPECIAL ASSESSMENT:** | $100 |

Dated: March 29, 2021

By:   /s/ Steven T. Schammel
**STEVEN T. SCHAMMEL**
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana St., Ste. 2300
Houston, Texas 77002
Phone: (713) 567-9325