UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 29, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-19-488 |
| Maribel Santana-Cerano, | § § | |
| Defendant. | § | |

## Order Resetting Sentencing

Sentencing for Maribel Santana-Cerano is reset to thirty days after the last defendant is tried or otherwise concluded.

Signed on March 29, 2021, at Houston, Texas.

Lynn N. Hughes USDJ
United States District Judge