| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
May 24, 2021
Nathan Ochsner, Clerk

United States of America §
§
versus §
§
Maribel Santana-Cerano §

## Amended Order for Presentence Investigation & Sentencing

1. By <u>July 19, 2021</u>, the initial presentence report must be disclosed to counsel (*about 35 days after guilt*).

2. Through <u>August 2, 2021</u>, counsel may object in writing to the facts used and application of the guidelines or may say that he has no objection (*14 days after paragraph one*).

3. By <u>August 16, 2021</u>, the probation officer must submit the final presentence report with an addendum addressing objections (*14 days after paragraph two*).

4. The sentencing is **August 23, 2021**, at **1:30 p.m.** (*no sooner than 35 days from paragraph one*).

5. If counsel wants to attend interviews with the defendant, he must tell the Probation Officer immediately; within five days, he must confirm the oral request in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

   United States Probation Department
   Room 2301, 515 Rusk Avenue, Houston
   (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department by 10:00 a.m. on the next workday.

Signed on May 24, 2021.

_____
United States District Judge

Copies:   United States Probation
          AUSA: Steven Schammel
          Defense Counsel: Joshua Willoughby
          Defendant is on bond.