IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 30, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff | § § | |
| versus | § | CRIMINAL NO. 4:19CR00488 |
| SANTANA-CERANO, ET AL | § § § | |

| | |
|---|---|
| Maribel Santana-Cerano | 4:19CR00488-001 |
| Araceli Santana | 4:19CR00488-002 |
| Carlos Joel Hernandez | 4:19CR00488-003 |
| Jonny Antonio Talavera | 4:19CR00488-004 |

## ORDER RESETTING SENTENCING

At the request of the Probation Office, the sentencing of the Defendant is hereby reset.

1. The Pre-Sentence Report (PSR) will be disclosed to counsel <u>October 19, 2021.</u>

2. Counsel will file objections or a statement or no objection within <u>14 days after disclosure</u>.

3. The Probation Office will submit the final PSR with an addendum <u>7 days before sentencing</u>.

4. The sentencing will be held:

    Date:  November 22, 2021

    Time:  1:30 p.m.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on ~~this the~~ June 30, 2021, ~~day of July, 2021~~, at Houston, Texas.

LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE