| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
October 18, 2021
Nathan Ochsner, Clerk

The United States of America, §
§
Plaintiff, §
§
versus § Criminal H-19-488
§
Maribel Santana-Cerano (1), §
Araceli Santana (2), §
Carlos Joel Hernandez (3), §
Jonny Antonio Talavera (4), §
§
Defendants. §

## Order Resetting Sentencing

1. The presentence investigation report will be delivered to the defendant by December 13, 2021.

2. Counsel will file objections or a statement within fourteen days after disclosure.

3. The probation office will deliver the final presentence investigation report with an addendum seven days before sentencing.

4. Sentencing is reset to January 18, 2022, at 1:30 p.m.

Signed on October 18, 2021, at Houston, Texas.

Lynn N. Hughes   USDJ
United States District Judge