UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

January 03, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| The United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Criminal H-19-488 |
| | § | |
| Maribel Santana-Cerano (1), | § | |
| Araceli Santana (2), | § | |
| Carlos Joel Hernandez (3), | § | |
| Jonny Antonio Talavera (4), | § | |
| | § | |
| Defendants. | § | |

## Order Resetting Sentencing

At the request of the probation office:

1. The presentence investigation report will be delivered to the defendant by February 2, 2022.

2. Counsel will file objections or a statement within fourteen days after disclosure.

3. Sentencing is reset to March 9, 2022, at 1:30 p.m.

Signed on January 3, 2022, at Houston, Texas.

Lynn N. Hughes    USDJ
United States District Judge