UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 09, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| United States of America | § |
| | § |
| versus | §     Criminal H-19-488-1 |
| | § |
| Maribel Santana-Cerano | § |

## Right to Appeal

You may appeal your conviction and sentence from this district court to a court of appeals. An appeal is a check by another court to see that the law was followed in this court.

You may have given up your right to appeal in your agreement with the government. If you did agree to a limit, your written contract describes what right you have left.

You may have a lawyer appointed for your appeal at public expense if you cannot afford to hire one on your own, and if you are poor, you will not have to pay court costs.

If you want to appeal, you must file a *notice of appeal* with the district clerk within *fourteen days* of the entry of the judgment. If you do not get a paper from the clerk confirming that he has received a notice for you, then no appeal has been filed.

Signed on March 9, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge

I understand my right to appeal.

_____
Defendant

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States of America §
§
*versus* § Criminal H-19-488-1
§
Maribel Santana-Cerano §

## Derecho de Apelación

Usted tiene el derecho de apelar la condena y sentencia que le dictó este tribunal de distrito a un tribunal de apelación. La apelación es una solicitud de que otro tribunal se cerciore de que este tribunal cumplió con lo que manda la ley.

Es posible que usted haya renunciado al derecho de apelación en su convenio con el gobierno. Si usted convino en que se le limite ese derecho, su convenio por escrito describe los derechos que le quedan.

Se le puede nombrar un abogado de oficio pagado por el erario público si usted no pudiera pagar un abogado, y si es usted pobre, no tendrá que pagar los gastos y costas del juicio.

Si usted desea apelar, deberá presentar un *aviso de apelación* con la oficialía del tribunal antes de *catorce días* de la fecha en que se le dictó sentencia. Si a usted no le dan un escrito de la oficialía confirmando que se recibió su aviso, entonces su apelación no se ha presentado.

Entiendo mi derecho de apelación

_____
Acusado