

Search your mail or the web

Home

cerano      Re: [EXTERNAL] Re: M

Compose

← Back   ↩ ↩↩ ➡   ⬆ Move   🗑 Delete   ⊗ Spam   ••• More

2

Today on AOL

Re: [EXTERNAL] Re: Medical records inmate    AoL/Sent ☆
Santana 99877-479

Inbox            2

Unread

Starred

Drafts         183

Sent

Spam

Trash

Less

Views       Show

Folders     Hide

New Folder

Saved Mail        3

...and the winners...   1

311                6

abbott

ad review

adaway           3

**Randall L. Kallinen** <attorneykalline   🖨   Fri, Sep 1 at 11:06 AM ☆
To: Allen, Sonja (BOP)

Dear Ms. Allen,

Good morning. As of today I have not received the medical
records in order to further evaluate Ms. Cerano's health and for
legal reasons. It is of the utmost importance that I receive the
records from December 1, 2022 to the present immediately to
evaluate her medical condition and for pressing legal reasons.

Sincerely,

Randall L. Kallinen
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
Email: attorneykallinen@aol.com

WARNING: Confidential;
Attorney/Client Privilege
This e-mail message is covered by the Electronic
Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally
privileged. Unauthorized review, use, disclosure or distribution is
strictly prohibited. This e-mail concerns legal matters and contains

information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden.

On Wednesday, August 9, 2023 at 08:05:23 AM CDT, Allen, Sonja (BOP) <s2allen@bop.gov> wrote:

Please be advised I notified inmate Santana on July 20, 2023.

**Mrs. S. Allen**
Correctional Counselor: U1N P-Z & RDAP
Federal Bureau of Prisons
FMC Carswell
Ft. Worth, Tx 76127

---

**From:** Randall L. Kallinen <attorneykallinen@aol.com>
**Sent:** Tuesday, August 8, 2023 4:36 PM
**To:** Hernandez, Sara (BOP) <sihernandez@bop.gov>; Franco, Mary (BOP) <mlfranco@bop.gov>; Allen, Sonja (BOP) <s2allen@bop.gov>
**Subject:** Re: [EXTERNAL] Re: Medical records inmate Santana 99877-479

Dear Ms. Allen,

I have not received the medical records in order to further evaluate Ms. Cerano's health and for legal reasons. It is of the utmost importance that I receive the records from December 1, 2022 to the present by tomorrow.

Sincerely,

Randall L. Kallinen
KALLINEN LAW PLLC

Anspon
Appointments                3

arboleda

Arceneau                  132

Archive

Arevalo

Argueta

Armstrong

Art                         2

Art Car                     3

Art contests and ...        1

Art Events Here

ashley

astros

atilano

Atwood

Atwood accident

atwood Joey Den...          2

avvo                       10

ayala                      21

AyalaJ

Ayon                       83

azzam                      18

Bailey

BaileyN

baker

Baker

511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
Email: attorneykallinen@aol.com

WARNING: Confidential;
Attorney/Client Privilege
This e-mail message is covered by the Electronic
Communications Privacy Act, 18 U.S.C. 2510-2521 and is
legally privileged. Unauthorized review, use, disclosure or
distribution is strictly prohibited. This e-mail concerns legal
matters and contains information protected by attorney/client
privilege, attorney work product privilege, and investigation
privilege as well as other possible privileges and none of these
privileges are waived. Dissemination, forwarding, discussing,
or sharing of this e-mail or its content is forbidden.

On Friday, July 21, 2023 at 01:28:31 PM CDT, Randall L. Kallinen
<attorneykallinen@aol.com> wrote:

Dear Ms. Allen,

One last thing is that Ms. Cerano should have a Hipaa release
on file. Thank you and have a good day.

Sincerely,

Randall L. Kallinen
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
Email: attorneykallinen@aol.com

WARNING: Confidential;
Attorney/Client Privilege
This e-mail message is covered by the Electronic

Communications Privacy Act, 18 U.S.C. 2510-2521 and is
legally privileged. Unauthorized review, use, disclosure or
distribution is strictly prohibited. This e-mail concerns legal
matters and contains information protected by attorney/client
privilege, attorney work product privilege, and investigation
privilege as well as other possible privileges and none of these
privileges are waived. Dissemination, forwarding, discussing,
or sharing of this e-mail or its content is forbidden.


On Thursday, July 20, 2023 at 11:49:14 AM CDT, Allen, Sonja (BOP)
<s2allen@bop.gov> wrote:


Yes ma'am, as a onetime courtesy.


**Mrs. S. Allen**
Correctional Counselor: U1N P-Z & RDAP
Federal Bureau of Prisons
FMC Carswell
Ft. Worth, Tx 76127

---

**From:** Randall L. Kallinen <attorneykallinen@aol.com>
**Sent:** Thursday, July 20, 2023 10:09 AM
**To:** Hernandez, Sara (BOP) <sihernandez@bop.gov>; Franco, Mary
(BOP) <mlfranco@bop.gov>; Allen, Sonja (BOP) <s2allen@bop.gov>
**Subject:** Re: [EXTERNAL] Re: Medical records inmate Santana 99877-
479

Dear Ms. Allen,

Thank you. Can you inform her to request them from
December 1, 2022 to the present and then send them to me?
Thank you again.

Sincerely,

Randall L. Kallinen
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
Email: attorneykallinen@aol.com

<span style="color:red">WARNING: Confidential;
Attorney/Client Privilege</span>
This e-mail message is covered by the Electronic
Communications Privacy Act, 18 U.S.C. 2510-2521 and is
legally privileged. Unauthorized review, use, disclosure or
distribution is strictly prohibited. This e-mail concerns legal
matters and contains information protected by attorney/client
privilege, attorney work product privilege, and investigation
privilege as well as other possible privileges and none of these
privileges are waived. Dissemination, forwarding, discussing,
or sharing of this e-mail or its content is forbidden.

On Thursday, July 20, 2023 at 08:37:18 AM CDT, Allen, Sonja (BOP)
<s2allen@bop.gov> wrote:

Good morning,
The quickest way to obtain inmate Santana's medical
records is to have her send them to you.   Due to HIPA
our involvement is very limited.  Please let me know if I
can assist any further.

**Mrs. S. Allen**
Correctional Counselor: U1N P-Z & RDAP

Federal Bureau of Prisons
FMC Carswell
Ft. Worth, Tx 76127

---

**From:** Hernandez, Sara (BOP) <sihernandez@bop.gov>
**Sent:** Thursday, July 20, 2023 8:25 AM
**To:** Allen, Sonja (BOP) <s2allen@bop.gov>; Franco, Mary (BOP) <mlfranco@bop.gov>
**Subject:** Fw: [EXTERNAL] Re: Medical records inmate Santana 99877-479

---

**From:** Randall L. Kallinen <attorneykallinen@aol.com>
**Sent:** Saturday, July 15, 2023 5:47 PM
**To:** Hernandez, Sara (BOP) <sihernandez@bop.gov>
**Subject:** Re: [EXTERNAL] Re: Medical records inmate Santana 99877-479

Dear Ms. Hernandez,

I have not received any information or communication from the new counselor or their name so Ms. Santana's or myself as her lawyer could receive all her medical records since December 1, 2022. She needs them for an outside assessment of her health and legal matters and she is in medical danger due to not receiving them. Please respond immediately due to the urgency. Thank you.

Sincerely,

Randall L. Kallinen
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
Email: attorneykallinen@aol.com

**WARNING: Confidential;**
**Attorney/Client Privilege**
This e-mail message is covered by the Electronic
Communications Privacy Act, 18 U.S.C. 2510-2521 and is
legally privileged. Unauthorized review, use, disclosure or
distribution is strictly prohibited. This e-mail concerns legal
matters and contains information protected by attorney/client
privilege, attorney work product privilege, and investigation
privilege as well as other possible privileges and none of these
privileges are waived. Dissemination, forwarding, discussing,
or sharing of this e-mail or its content is forbidden.


On Monday, June 26, 2023 at 01:59:07 PM CDT, Randall L. Kallinen
<attorneykallinen@aol.com> wrote:


Thank you!

Sincerely,

Randall L. Kallinen
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
Email: attorneykallinen@aol.com

**WARNING: Confidential;**
**Attorney/Client Privilege**
This e-mail message is covered by the Electronic
Communications Privacy Act, 18 U.S.C. 2510-2521 and is
legally privileged. Unauthorized review, use, disclosure or
distribution is strictly prohibited. This e-mail concerns legal
matters and contains information protected by attorney/client
privilege, attorney work product privilege, and investigation
privilege as well as other possible privileges and none of these
privileges are waived. Dissemination, forwarding, discussing,
or sharing of this e-mail or its content is forbidden.

Carter                    2
Cases rejected            13
Cases under Co...         31
Cassidy
Castillanos
Castillo
causey
Cavidad
Cerano                    1
chacon                    1
Channelview fire          1
Chapa                     20
ChapaJuan
ChavezN
Chen
chilcutt
Christian
Christmas Lawsuit         1
Civil Nation Project      3
Civil Rights Case...      53
Civiliansdown             5
Clareet
Clayton
CLE                       5
Cleveland
Clio
Clowers                   15

Clyce
collazo                66
Collins
Comparables
compensation
Conflict represe...    14
conley
Connors                22
contreras               1
ContrerasA
Coon
Coones                  9
Cornucopia II           1
Corona
Cortez                 63
Costas                  1
Costs
Cotter
Covid-19
Covid-19 vaccination
cowsert
Craft-Rendon            1
credit report
Cruz
Cuellar                 3
Curtis

On Monday, June 26, 2023 at 01:57:06 PM CDT, Hernandez, Sara (BOP) <sihernandez@bop.gov> wrote:

I am no longer her counselor.  I will forward the message to her new counselor.

---

**From:** Randall L. Kallinen <attorneykallinen@aol.com>
**Sent:** Monday, June 26, 2023 12:39 PM
**To:** Hernandez, Sara (BOP) <sihernandez@bop.gov>
**Subject:** [EXTERNAL] Re: Medical records inmate Santana 99877-479

Dear Ms. Hernandez,

I hope you have been doing well. It has been awhile since we last spoke but I was under the impression that either Ms. Santana or myself as her lawyer could receive all her medical records since December 1, 2022. Is that correct? She needs them for an outside assessment of her health and legal matters. Thank you.

Sincerely,

Randall L. Kallinen
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
Email: attorneykallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation

privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden.

On Monday, April 24, 2023 at 08:37:47 AM CDT, Randall L. Kallinen <attorneykallinen@aol.com> wrote:

Dear Ms. Hernandez,

Good morning. It was a pleasure speaking with you last week and thank you for setting up the inmate phone call. As we spoke you handle most matters of concern for Ms. Cerano at the prison facility. As you know I am her lawyer on several issues and I need her medical records so that I may engage outside medical care professionals for health reasons and also for legal reasons. Electronic form is the best as paper is cumbersome for all. Ms. Cerano, and this law firm, will sign any release necessary. Please let me know how I can assist in this matter.

Sincerely,

Randall L. Kallinen
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
Email: attorneykallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these

Cybertruck
Dahl                    6
Dale
Danielsen               1
Dash Cams
Davis
DavisBillie             3
DavisN                  1
DavisW                  5
Deer Park Agosto        1
Deer Park Disa...      410
Deer Park Pharmacy ...
deese
Deese
DeFranesco              1
Defrates
deleon
deleonM
Deliveries              5
demidio                 4
dentures
Diaz
Dobbs                   30
Dodds                   3
Doe                     1
DOJ HPD

Case 4:19-cr-00488   Document 161-2   Filed on 09/06/23 in TXSD   Page 10 of 32

DOJ Jail
door

Dresel                            1

DriverUpdate

Dubash                            1

Duces tecum

Duncan

Durkovic

edgerton

eisenbach                        23

Electric Billing

Elkins

Ellis

employment refe...               3

Energyogre                       10

eng                               5

english                           5

EnglishF                          3

Environmental Ju...              6

Erika compensati...              2

Espinal                          11

Etheridge                        72

Ettinoffee

Eubanks                           4

Eustice

Evans                            84

privileges are waived. Dissemination, forwarding, discussing,
or sharing of this e-mail or its content is forbidden.

9/2/23, 9:24 AM
Case 4:19-cr-00488 Document 161-2 Filed on 09/06/23 in TXSD Page 11 of 32
(unread) Fallen Valley/Gmail.com - AOL Mail

Excited Delirium    79

expenses    2

Expertplan

experts

Experts    2

experts - jail suicide

Experts Jail MRSA

Extra ! Extra !

facebook ads    3

Fallin

Faniel

Faraj

Farmer

Favela    27

fedex

Feed Ordinance ...    11

female inmates

Ferguson    5

Ferrer

FFRF

Fidelity    10

Figueroa

finley

Flores    1

FloresH    36

FloresW    12

flyering    5

| | |
|---|---|
| Forbes | 17 |
| Ford Bombshells | 1 |
| Form Follows | |
| Fortner | |
| Fox | |
| frakes | 6 |
| Franklin | |
| Freedom Lawsuit | |
| FREEDOM! 2 | |
| Friends Art Show | |
| FSCU | |
| FXHome | 2 |
| Galindo asbestos | |
| Gambrel | 12 |
| Gamez | |
| Gann | 8 |
| GarciaA | 2 |
| GarciaD | 24 |
| GarciaJ | |
| GarciaR | |
| GarciaS | 14 |
| Garza | |
| GarzaG | 1 |
| GarzaJG | |
| GarzaM | |
| GarzaO | 9 |

(2 unread) Falonda yalilo9r@aol.com - AOL Mail

Gentry                    4
George Douglas
Ghanem
GHCFJ                    20
GHCFJ Alfaro
Gibbs
Giddings
GMC                       1
Goff                     60
gomez                   158
GomezM                   13
Gonzales                  2
GonzalesRamiro            1
GonzalezR
Gordon
Gorsky                   20
GPS case
Grafton
Green                   216
Grice                    19
Griffin                   3
griffinG
grisham
Groceries
GuerraV                   1
Guillory

Gunter

Gutierrez                      1

GutierrezJ

Gysemans                      2

Habit

HAGA

Halcomb                       2

Halkuff                        1

Hall                          80

HallJ

HallR                         15

Hammonds                      2

Harding Street                 1

Harriman

Harris

Harris County indem...

HarrisA

HarrisF                        9

Harrison                       1

HarrisS

Hartman

Hawkins                        2

Hayden                        10

Hayman

HCDLA

health insurance               1

Healthcare Methodist Hebert

Helm

Henderson                57

Hennessy

hensley

Hernandez

Hernandez - Nguyen

HernandezJ              13

HernandezJuan

Herrera                  56

Heyer                     1

Hill

Hilton Honors

Hilton Honors A...        3

Hinton

Hollier

Holman                   55

Holman(employment)

Homeowners ins...         3

Horn

HornK                    36

Hospital & Doctors

Houston

Howard                   18

HPJC

HTLA

Hudson

Hughes                      5

Hurlock

Hypolite

iFest

Innerlink

insurance liability         5

insurance product

International Festival

internet sales              4

IRS.2019

ISM

ITC unknowns

jackson

JacksonR

JacobsB

Jacobson

Jail Deaths exper...         2

Jail experts

Jefferson                    6

Jenkins

Jennings                     5

job applicants

Johnson                      1

Johnston.contractor r...

Joseph

Joshua De La Cer...    2

Juul

Kallinen    25

Kallinen Art, LLC    1

Kallinen Law

Kallinen v. Newm...    4

Kallinenart.com    2

Kelley

Kenmoe

Kids    13

Kim

King    5

KingN

Klassen

Knee operation

Kohls

Kontomitras

Koonce

Krieger

Kubosh Kids

LaCour

Lacy

Lagrone

Laine    2

Lampkin

Landry    28

Landry's Club

LandryK      2

Lang

Larmer

Larson      1

Lavergne

Laviage

Law & Artyer

Law Pay

Leal

Lee      1

Lefave

Lepovitz

lewis      2

LewisC

LewisU      3

Lillie      12

llamas      21

LLM

lloyd

Lockett      6

Long

Lopez

Lopez-Munoz

LopezJ

LopezT      1

LopezW
Lovings

Low                  2

Lowe                 2

Lynn                 27

Lyons

Mabe                 1

Mandell              188

Maricle              1

Martin               1

Martinez             1

MartinezB

MartinezJ            6

MartinezMatias

MartinezR

Martins

mason

Matthews             8

Mattila

Maughs

May                  1

Mayo

Mazaheri             1

Mazoch               7

McAfee

McCallisterK

McClelland           8

9/2/23, 9:24 AM
(Unread) Fattorney6ailer@aol.com - AOL Mail
Case 4:19-cr-00488   Document 161-2   Filed on 09/06/23 in TXSD   Page 20 of 32

McCollough

McDonald 1

McGaughey

McGinnis

McKelvey

McMichael

McQuarn 16

McQuarrie

McQuillam

Meazell 1

Mediators 1

medical 1

medina

Memorial Hearing 1

Mendez 6

Mendoza

Menger 7

Meyer 3

Microsoft 2

Mikeska

Miles 11

Miller 15

MillerC

Mitchell 28

MitchellL

mobasser

Mogan

Moghtader            80

Mohi

Mollai

Monell

Monroe               40

montoya              9

Morales

morgan

morse

Mosti                1

Moynihan

Moynihan securit...  3

Moynihan.car loan

Muniz

Munoz

mural

MyLife               2

Nabors

Neely

Neighborhood

Neill

Nguyen

Nickerson

NLG                  7

Noles

| Norman | 1 |
| O'Brien | |
| O'Connor | |
| O'Donnell | 13 |
| oakman | |
| Obazuaye | 4 |
| Ochoa | 2 |
| Odutayo | 9 |
| Ogg | |
| oleary | |
| On-line Orders | |
| ooma | 3 |
| Ortiz | |
| Osborne | 5 |
| Ospina | 8 |
| Oswald | 3 |
| Oteneagen Land | |
| Owens | |
| Pace | |
| Pacer class action | |
| Pack | 1 |
| paddling case | |
| Padron | 2 |
| palmer | |
| Patchen | 1 |
| Pauly | 1 |

(2 unread) Fattorey/aol.com/@aol.com-AOLMail

| | |
|---|---|
| Paychex | 107 |
| Pearce | 17 |
| Peden (lawyer) | |
| Pendleton | |
| Perdomo | |
| Perez | |
| perry | 15 |
| Perry | 2 |
| Personal Healthcare ... | |
| Petersen | 41 |
| Peterson | |
| Petition-Free to ... | 2 |
| Phillip | |
| Phillips | |
| Pickett | |
| Picone | 2 |
| Pilkington | |
| Pineda | |
| PNC | 1 |
| Polanco | |
| Portillo | |
| posey | |
| Powells | 5 |
| PPP | |
| Press Releases | |
| Price | |
| Priest | |

Prim                         15

Property tax                  1

Protester Class A...          2

Protester killing ...         4

QI                            1

quickbooks

quilantan

RACE!

rafati                        1

Rankin Negroid

Rasmussen

ratification

Ratley

ratliff

receipts

receipts 2017                 1

receipts 2018                 3

receipts 2020

Red Light Cameras             5

reese

Reese accident

Reese auto                    1

referrals                     1

rejections

Remington                     3

resilio

Retirement

Retzlaff

Reynders

Rhodes

Richard

Ring                    2

Rios

Ripley                  17

Rising Tide

Rivera                  3

RiveraS                 27

Robles                  3

Rodrigues

Rodriguez, Stacy

RodriguezA              1

RodriguezC              1

RodriguezDonna

RodriguezM

RodriguezR              3

Rojas

ROMAN(ticism)CE

rooney

Rosales                 2

Rosas

Rosborough

Rose

Rosenstein

Rosie time                      4

rountree                        3

Ruelas                          1

Ruffin

Ruiz                            8

Ruvalcaba                       3

Salgado

sanchez

SanchezK

Sander

Santellana

Santos                         80

sapp

sarah

Satberry                        7

SavedIMs

SBA loans

scales                          1

scarbrough                      2

schehr

Scherz                          1

Schikschneit                    4

Schirmbeck                     33

Serafine

sextrafficking

| | |
|---|---|
| Sharpe sheets | 4 |
| Sheets | |
| Shepherd | 1 |
| shipman | |
| Shirmbeck | |
| Shoecraft | |
| Short | |
| Singh | |
| Sipple | |
| Skadden | |
| Sligh | 42 |
| Smalley | |
| Smart | |
| Smith | 7 |
| smith, david | 3 |
| SmithJ | 7 |
| SmithL | |
| SmithM | |
| SmithS | |
| SmithW | |
| Solis | |
| Sommer | |
| sonnier | 18 |
| Soria | |
| sosa | 14 |
| soto | 75 |

Southwest Frequent ...

Spiller                    18

spokeo

spoliation

spoon                       4

Square

ssn                         1

Staley                    286

Stanford

stephens

stolen check

stratos bill David Davis

Sugarland RLCs

Sweetin                     5

Swindall

T-Mobile phone and ...

Taxes & accounti...          1

Taxes.2019

Taxes.2020

Taxes.2021                   1

Taxes.2022

Taxes.Property               2

Taylor

Terrell                     27

texts

The Show Must Go On

(courtney.vallher@aol.com) - AOL Mail

Theaker                  1

Theiss                   5

Thomas

ThomasM

Tickets                  5

Time sheets

Tita

TorresJ

TPC                      4

Trademark

transgender

TRCP                     1

Trevino

Trips                    17

truck

truelove                 71

Trump Art Show

Truong                   1

tucker                   185

Tuttle                   1

TV                       1

Upshaw

Urrutia                  41

utley                    21

Uvalde                   1

Vallina

| | |
|---|---|
| Van Boven | 2 |
| Van Der Grinten | |
| Vandagriff | |
| Vardeman | 14 |
| Vasquez | |
| velazquez | |
| Video production | 1 |
| Villanueva | |
| vitale | |
| Voicemail | |
| Vollmer | 1 |
| Voss | 15 |
| Voss Dad | 7 |
| Wade | |
| Walker | 5 |
| Waller | |
| Waller County SO | |
| Walton | |
| Ward | |
| Washington | 12 |
| WashingtonR | |
| Watsky | |
| Watson | 3 |
| Watson Street Ex... | 1 |
| Waugh | 5 |
| Website Forms | 13 |

Weinstein
Wellpath          14

West              7

Whatley           1

WhatleyJ

Wiggins

Wight

WilliamsK

WilliamsR         5

Wilson

windham           4

Winn              7

Woodard

Workers

WrightA

Yanas

Yarbrough

Ybarra

YoungC

YoungV            508

zamora

Zamorano

Zavala            19

Zentino           1

Zoom              2

Case 4:19-cr-00488   Document 161-3   Filed on 09/06/23 in TXSD   Page 32 of 32