

Search your mail or the web                                                    Home

cerano          Re: [EXTERNAL] Re: M    **Re: Inmate Maribel S:**    Re: Inmate Marib

← Back    ↩    ↩    →    ⬆ Move    🗑 Delete    ⊗ Spam    ••• More

Compose

Today on AOL

Inbox            2        Re: Inmate Maribel Santana Cerano;                    AOL/Sent  ☆
Unread                    Register Number: 99877-479 Telephone
Starred                   Call
Drafts         182
Sent                      **Randall L. Kallinen** <attorneykalline    🖨  Fri, Sep 1 at 11:03 AM  ☆
Spam                      To: Hernandez, Sara (BOP)
Trash                         Franco, Mary (BOP)
    Less                      Allen, Sonja (BOP)

Views        Show         Dear Ms. Allen,

Folders      Hide         Good morning. I have received no response to the email below. I
                          need to speak with my client about her pressing legal matters and
    New Folder            her need for immediate medical care. When may I speak with her?
    Saved Mail     3
    ...and the winners...  1    Sincerely,
    311            6
    abbott                Randall L. Kallinen
    ad review             KALLINEN LAW PLLC
    adaway         3      511 Broadway Street
                          Houston, Texas 77012
                          Telephone: 713/320-3785
                          FAX: 713/893-6737
                          Email: attorneykallinen@aol.com

                          WARNING: Confidential;
                          Attorney/Client Privilege
                          This e-mail message is covered by the Electronic
                          Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally
                          privileged. Unauthorized review, use, disclosure or distribution is

strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden.

On Friday, August 25, 2023 at 12:11:13 PM CDT, Randall L. Kallinen <attorneykallinen@aol.com> wrote:

Dear Ms. Allen,

Good afternoon. I need to speak with my client about legal matters. When may I speak with her?

Sincerely,

Randall L. Kallinen
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
Email: attorneykallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege

This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden.

adobe sign
adobesign
Agnave
Aguirre
AguirreM
AIM - Saved Mail          173
AIM - Sent                2K
AIM - Spam                39
AIM - Trash               652
akueir                    290
alaniz
Alden                     1
Aldous                    61
Aldous.1983 against ...
aleman
Alessi                    3
Alessi Time sheets        1
Alex
Allen
Alley                     1
Allyn-Feuer               1
Amazon                    30
Amey
Amici Group
Anderson
AndersonD                 3