My name is Maribel Santana, I have been incarcerated at FMC Carswell for 16 months. Your honor attached is my Medical records, Please take the time to review them and You will See the carelessness this facility has shown toward my health.

Your honor I fully understand and accept my actions for my crime. However You will find in my records the Pain and Suffering I have been thru and Continue to go thru. Your honor this facility has Caused Several others health decline Since I have been incarcerated and I know it will Continue to put others thru the Same turmoil I have gone thru. this facility and Staff have no remorse for the Pain they Put us thru. The staff will leave us in quarantine for weeks before giving us Proper medical care. They will tell us we are faking our Symptoms but you will Clearly read and See the Pain and Suffering they have Cause me the Past 16 months Could have been Prevented with Proper medical care.

May 18th I was placed in quarantine with a open sore on my Right button I asked for medical attention and explained I was in pain. The staff told me I would not be allowed medical attention until I was release from quarantine. After being release I have to be taken to the ER because the wound had opened further and deeper, had began draining puss, and the skin was rotting.

Now your honor lets fast forward to today, after you review all the records you will see the numerous doctor appt's missed and the ones I was taken to the doctor states he did not feel safe sending me back to the facility but his hands were tied because the staff wrote on all my papper work do not admit.

I have spent my time in prison on my stomach your honor with a wound vac attached to my back side. I have to be bandaged every week. I have been neglected proper care and now the

damage is past my nerve and if this does not get taken care of and soon the doctor told me I could be paralyzed. Your honor the Judge that sentenced me sent me here to be treated and I have been paying double with my crime with my body. My body will never be the same. I will never be the same mentally or physically.

Now this facility discharged me from medical and send me to the high rise and my infection has began to open again and all I can get is I'm so sorry Santana. This is my life, this is my childrens life, I need to go home please so I can receive proper medical care before I lose my mobility, I need physical therapy and mental therapy. I have paid so much already please I need to go home so I can get my self medical attention, I am a single mother, my douthers need me and I need them

Thank You for Your Time            Maribel Santana