

**U.S. Department of Justice**
Federal Bureau of Prisons
South Central Regional Office

U.S. Armed Forces Reserve Complex
344 Marine Forces Drive
Grand Prairie, TX  75051

March 30, 2023

Randall L. Kallinen
Kallinen Law PLLC
Attorneys & Counselor at Law
511 Broadway Street
Houston, Texas 77012

Re:  Administrative Tort Claim - TRT-SCR-2023-04160
     Your Client - Maribel Santana Cerano
     Registration Number - 99877-479

Mr. Kallinen:

This acknowledges our receipt of your claim dated November 3, 2022, filed on behalf of your client, Maribel Santana Cerano pursuant to the Federal Tort Claims Act.  The Federal Bureau of Prisons deemed your claim received for processing on December 1, 2022

Claims processed pursuant to the Federal Tort Claims Act normally receive a response within six months.  Accordingly, you may expect a response from this office on or before June 11, 2023.

In order for us to continue communicating with you regarding this claim, please supply us with a copy of your authority to represent signed by Ms. Santana Cerano.

Please note it is your responsibility to keep us updated with your correct current address.

Sincerely,

For *Johnna Burrows*
Jason A. Sickler
Regional Counsel

JAS/jdb