Case 4:19-cr-00488   Document 163   Filed on 11/13/23 in TXSD   Page 1 of 4

United States Courts
Southern District of Texas
FILED
NOV 13 2023
Nathan Ochsner, Clerk of Court

4:19cr488

I have been incarcerated at FMC CARSWELL for 18 months and during this time I have seen, heard, and felt so much neglect for those and myself in medical need and psychological need. Your Honor things need to change, inmates need help, I am not writing for only myself, but those that have already died, those that will, and those of us still here.

Enclosed are just a few cases that show and prove the neglect for the only Medical Facility for women. Gwen Rider, suffered and struggled with Epilepsy and Depression and was told CARSWELL could help her. After several attempts Gwen Rider made good on her promise to the doctors and staff at CARSWELL she was found hanging in the shower August 3rd. She struggled and lost the battle at a Medical Facility where the night before she asked for help and was denied.

Sarah Kersey, after Dr Holbrook said she would be cared for died of cardiac arrest. It was two inmates trying to keep her alive. She was already gone, it was to late. What is more sad FMC Clinical Director Serrano-Mercado made the statement they thought Kersey was faking seizures.

The result with both women, both who had went to Med-Surge the previous night, Kersey with chest pain and Rider with a seizure are the same both died the following day.

This facility claims to be accredited, but it is not accredited any longer, enclosed you will find a letter from The Joint Commission stating this facility is not accredited. This facility also asked for volunteers for Hospice and then after a woman died in October they ended the program. They wanted other inmates to sit there watch this woman struggle and die, instead of getting her home to die with her family.

I am here your honor in pain every day. They continue to increase Gabapentin to ease my pain and my outside doctor told me this medicine is what is causing my eyesight to fail. The medication is supposed to be temporary not permanent.

The Psychology department wants me to take antidepressants but I am refusing I have never needed this before and I do not want my body to rely on a "make me cope" pill.

I am permanently damaged because of FMC CARSWELL, families - parents - spouses - children expecting a loved one back home shortly lost because of neglect of this institution. It needs to stop, This place needs to be held accountable.

Please consider all this in my circumstance, including the new "Zero-point offender" I qualify for. Let me go home so I can get proper medical treatment before any more damage is done to my body.



Maribel Santana
#99877479 1 N
Carswell FMC
P.O. Box 27137
Fort Worth Tx 76127-0137

United States Courts
Southern District of Texas
FILED
NOV 13 2023
Nathan Ochsner, Clerk of Court

Retail
U.S. POSTAGE PAID
FCM LG ENV
NAVAL AIR STATION JRB
TX 76127
NOV 09, 2023
77002
$0.00
RDC 99
R2300A155491-2

⇔99877-479⇔
United States
515 RUSK ST
Southern District Court
Houston, TX 77002
United States

Att: Judge
CHARLES ESKRIDGE

